**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Minnesota Elevator, Inc. | `FILED: AUGUST 15, 2008` |
| Plaintiff, | `08CV4662` |
| | `JUDGE CASTILLO` |
| vs. | Civil Action No. `MAGISTRATE JUDGE KEYS` |
| Imperial Elevator Services, Inc. d/b/a Barnard Elevator Company | `TC` |
| Defendant. | |

## COMPLAINT

Now comes Plaintiff Minnesota Elevator, Inc. ("MEI"), and for its Complaint against Defendant Imperial Elevator Services, Inc. d/b/a Barnard Elevator Company ("Barnard"), states and alleges as follows:

### PARTIES

1.    MEI is a Minnesota corporation with its principal place of business at 19336 607th Avenue, Mankato, Minnesota 56001.

2.    Barnard is an Illinois corporation with its principal place of business at 6650 N. Northwest Highway, Suite 106, Chicago, Illinois 60631.

### JURISDICTION AND VENUE

3.    Jurisdiction is proper under 28 U.S.C. §1332 because there is complete diversity of citizenship and the amount in controversy exceeds of $75,000, exclusive of interest and costs.

4.    Venue is proper under 28 U.S.C. § 1391 because Barnard resides in this judicial district.

## FACTUAL ALLEGATIONS

5.     MEI is a licensed, insured and bonded elevator contractor and a member of the National Association of Elevator Contractors.     Since 1971, MEI has specialized in the manufacture, installation, modernization, and servicing of various types of elevators.

6.     Upon information and belief, Barnard is in the business of installing elevators and repairing and maintaining commercial and industrial machinery and equipment.

7.     Beginning in 2005, MEI sold elevator materials to Barnard at Barnard's request. Barnard requested materials by sending purchase orders to MEI that specify the type, quantity and price of the materials requested, as well as the project to which the purchase order applies. Copies of Barnard's purchase orders to MEI are attached as Exhibit A.

8.     When MEI provided materials to Barnard in response to Barnard's purchase orders, MEI generated and sent Barnard an invoice that identifies, among other things, the type and quantity of materials provided, the price, the payment terms, and the shipment method.  Each MEI invoice also states that a finance charge of 1.5% per month will be charged on past due amounts.  Copies of MEI's invoices to Barnard are attached as Exhibit B.

9.     In response to Barnard's purchase orders, MEI sold materials to Barnard totaling $214,183.39.   Barnard cancelled two purchase orders and incurred cancellation fees totaling $1,800, and MEI invoiced Barnard for these fees.  Thus, the total amount of Barnard's account was $215,983.39.   This total is reflected in eight invoices that MEI sent to Barnard from December 2005 to June 2007.  *See* Ex. B.

10.     Barnard has paid MEI a total of only $13,006.21, and Barnard applied these payments to the first invoice dated December 2005.  Thus, the outstanding principal balance due to MEI from Barnard is $202,977.18.   In addition, finance charges on the past-due amount

continue to accrue pursuant to the terms of the invoices.  These finance charges total $70,646.91 as of April 8, 2008.

### COUNT I:  BREACH OF CONTRACT

11.     MEI restates and realleges the preceding paragraphs as if fully set forth herein.

12.     Barnard's purchase orders to MEI and MEI's invoices to Barnard constitute a binding contract between MEI and Barnard.  Under this contract, Barnard was obligated to pay MEI for the materials MEI provided to Barnard according to the payment terms and schedule specified in the invoices.

13.     MEI fully complied with all of its obligations under the contract by providing to Barnard the materials specified in the MEI invoices.

14.     Barnard breached the contract by failing to pay MEI for the materials that MEI provided.

15.     As a result of Barnard's breach of the parties' contract, MEI incurred damages in the principal amount of $202,977.18, accrued finance charges of $70,646.91 as of August 8, 2008, and additional finance charges that accrue until the date of judgment.

### COUNT II:  UNJUST ENRICHMENT

16.     MEI restates and realleges the preceding paragraphs as if fully set forth herein.

17.     Barnard received something of value, namely the materials provided by MEI, for which Barnard has not paid MEI and to which Barnard is not entitled absent payment.

18.     Barnard would be unjustly enriched if it were allowed to retain value of the materials supplied by MEI without paying MEI in accordance with the invoices.

19.     Accordingly, Barnard should be required, equitably, to pay MEI for the materials that Barnard received from MEI.

**WHEREFORE,** Plaintiff requests that the Court enter judgment as follows:

1.      That Barnard breached the contract with MEI.

2.      That Barnard has been unjustly enriched.

3.      That MEI have and recover from Barnard damages in the amount of $273,624.09, plus all additional finance charges that accrue until the date of judgment.

4.      That MEI have such other and further relief the Court deems just and equitable.


Dated:  August 15, 2008                          /s/ Curtis D. Ripley
                                                 Elizabeth Wiet Reutter (Illinois Reg. No. 6244116)
                                                 Curtis D. Ripley (Illinois Reg. No. 6275773)
                                                 LEONARD, STREET AND DEINARD
                                                    Professional Association
                                                 150 South Fifth Street, Suite 2300
                                                 Minneapolis, Minnesota 55402
                                                 Telephone:  (612) 335-1500
                                                 Facsimile:  (612) 335-1657

                                                 *Attorneys for Plaintiff Minnesota Elevator, Inc.*

08CV4662
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

TC

# EXHIBIT A

## BARNARD PURCHASE ORDERS TO MEI



Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| To: | Betsy Senst | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 6/24/05 |
| Re: | Notices to Proceed | Pages: | |
| CC: | | | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Betsy,

Please proceed with the shop drawings for the following:

1329 W. Loyola – quote #90676 for $33,000.00. Our PO is 7087.

4968 N. Milwaukee -- quote #90744 for $37,975.00. Our PO is 7088.

Thanks,
Bill Plastina



Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| To: | Betsy Senst | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 5/25/05 |
| Re: | Notice to Proceed | Pages: | |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Betsy,

Please proceed with the shop drawings for 6745 N. Clark, your quote #91105, for $41,300.00. Our PO for this job will be 7093. Could you do me a huge favor if possible? The contractor is moving ahead with the hoistway, and I would really appreciate it if you could fax to me a rail insert schedule for the hoistway.

Thanks for everything,
Bill

*Received in PM Dept. 8/8/05 @ 1:40 ~*

Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600 ✓
Fax: (773) 467-4241

# facsimile transmittal

| To: | Betsy Senst | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 8/8/05 |
| Re: | Notice to Proceed | Pages: | |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

*North Chicago, IL* → *per Betsy on 8/8/05 Bern*

Betsy,
Please proceed with the drawings for Great Lakes Naval Base – Day Barracks, your quote #88163 for $54,650.00. Our PO for this job will be 7098. This is a quote that you did with Art, but I will be taking it from here.

Thanks,
Bill Plastina

*Rcv'd in PM Dept. 7/18/05 A.M.*

Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| To: | Don Simons | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 7/13/05 |
| Re: | Notice to Proceed | Pages: | |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Don,
Please proceed with the shop drawings for our job 663 W. Barry, quote #85944 for $45,350.00. Our PO for this job will be 7095.

Thanks,
Bill Plastina

*7/18/05:*
*Kathy, per Don S.:*
*original bid data is*
*lost, so Don requested it to*
*Bill to send it to*
*us again.*

*Bill,*
*Can you please send me the take off sheets*
*for this quote, we have mis-placed them*
*in our filing.*

*Thanks,*
*Don*

*Received in*
*PM Dept. 7/18/05*
*A.M.*

Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| To: | Rick Bateman | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 7/13/05 |
| Re: | Notice to Proceed | Pages: | |
| CC: | | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Rick,
Please proceed with the shop drawings for our job 720 W. 47th St., quote #91523 for $29,198.00. Our PO for this job will be 7096.

Thanks,
Bill Plastina

Case 1:08-cv-04662   Document 1-2   Filed 08/18/2008   Page 7 of 8

Rcv'd PM
Dep. 11/15/05

Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| | | | | |
|---|---|---|---|---|
| **To:** | Betsy Senst | **Fax:** | 507-245-3275 | |
| **From:** | Bill Plastina | **Date:** | 11/10/05 | |
| **Re:** | Notice to Proceed | **Pages:** | | |
| **CC:** | | | | |

NHP790
notice to
proceed u
po#

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Betsy,
Please proceed with the shop drawings for our job 4440 N. Kedzie, your quote number
92980.  Our PO for this job will be 7104.

Thanks,
Bill Plastina

Barnard Elevator Company
6650 N. Northwest Hwy.
Chicago, Illinois 60631
Phone: (773) 467-0600
Fax: (773) 467-4241

# facsimile transmittal

| To: | Betsy Senst | Fax: | 507-245-3275 |
|---|---|---|---|
| From: | Bill Plastina | Date: | 8/28/06 |
| Re: | Notice to Proceed | Pages: | |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Betsy,
Please proceed with the shop drawings for our project at 4755 N. Washtenaw, your quote #96167.  Please use PO #7120.

Thanks,
Bill Plastina





```
08CV4662
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS

TC
```

# EXHIBIT B

## MEI INVOICES TO BARNARD

# MEI
**MINNESOTA ELEVATOR, INC.**
19336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060  Fax: (507) 245-3956

An EOE/AA Employer

## INVOICE

INVOICE NO:  87043
INVOICE DATE:  12/09/2005

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN  55486-1272

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO: 3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O 4968 N, MILWAUKEE |
| 6650 N NORTHWEST HWY  SUITE 10 | 4968 N. MILWAUKEE |
| CHICAGO, IL  60631 | CHICAGO, IL  60630 |
| USA | USA |

| CUSTOMER PO<br>7088 | TERMS<br>CASH / SHIP | SHIP VIA<br>BESTWAY | FREIGHT TERMS |
|---|---|---|---|

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | | 1.00 | 0.00 | 4968 N. MILWAUKEE<br>RRP ROPED REAR SLUNG PASSENGER<br>ORDER:          NHP648 | 37,975.0000 | 37,975.00 |

| Tax Codes | Tax Amount | | |
|---|---|---|---|
| | | SUBTOTAL | 37,975.00 |
| | | PREPAID | 0.00 |
| | | FREIGHT | 1,074.00 |
| | | MISC. CHARGES | 0.00 |
| | | SALES TAX | 0.00 |
| | | BALANCE DUE | 39,049.00 |

Owes    26042.79

** REPRINT **                                                                Page 1



# INVOICE

**MINNESOTA ELEVATOR, INC.**
19336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060  Fax: (507) 245-3950

An EOE/AA Employer

Finance charge of 1.5% per month will be charged on past due amounts.

**INVOICE NO:** 89022
**INVOICE DATE:** 01/17/2006

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN  55486-1272

**BILL TO:  3184**
IMPERIAL ELEVATOR SERVICES INC
DBA BARNARD ELEVATOR COMPANY
6650 N NORTHWEST HWY  SUITE 10
CHICAGO, IL  60631
USA

**SHIP**
IMPERIAL ELEVATOR SERVICES INC
C/O 6745 N. CLARK
6745 N. CLARK
CHICAGO, IL  60626
USA

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 7093 | CASH / SHIP | BESTWAY | |

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | | 1.00 | 0.00 | 6745 N. CLARK<br>RTP ROPED TWIN JACK PASSENGER<br>ORDER:  NHP606 | 41,293.0000 | 41,293.00 |

| Tax Codes | Tax Amount | | |
|---|---|---|---|
| | | SUBTOTAL | 41,293.00 |
| | | PREPAID | 0.00 |
| | | FREIGHT | 1,080.82 |
| | | MISC. CHARGES | 0.00 |
| | | SALES TAX | 0.00 |
| | | **BALANCE DUE** | **42,373.82** |



**MINNESOTA ELEVATOR, INC.**
19336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060  Fax: (507) 245-3956

An EOE/AA Employer

# INVOICE

INVOICE NO:  90388
INVOICE DATE:  01/26/2006

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN  55486-1272

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO:  3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O GREAT LAKES NAVY BASE |
| 6650 N NORTHWEST HWY  SUITE 10 | 3500 RAY STREET |
| CHICAGO, IL  60631 | GREAT LAKES, IL  60088 |
| USA | USA |

| CUSTOMER PO 7098 | TERMS CASH / SHIP | SHIP VIA BESTWAY | FREIGHT TERMS |
|---|---|---|---|

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | | 1.00 | 0.00 | GREAT LAKES NAVY BASE BHP BOREHOLE PASSENGER ORDER:        NHP706 | 54,650.0000 | 54,650.00 |

| Tax Codes | Tax Amount | | |
|---|---|---|---|
| | | SUBTOTAL | 54,650.00 |
| | | PREPAID | 0.00 |
| | | FREIGHT | 1,410.76 |
| | | MISC. CHARGES | 0.00 |
| | | SALES TAX | 0.00 |
| | | BALANCE DUE | 56,060.76 |

** REPRINT **                                                    Page 1

# INVOICE

**MEI**
MINNESOTA ELEVATOR, INC.
19336 607th Ave.
Mankato, MN 56001
Ph (607) 245-3060  Fax: (607) 245-3956

An EOE/AA Employer

INVOICE NO: 90680
INVOICE DATE: 02/07/2006

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN 55486-1272

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO: 3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O 663 W. BARRY |
| 6650 N NORTHWEST HWY  SUITE 10 | CHICAGO, IL 60631 |
| CHICAGO, IL 60631 | USA |
| USA | |

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 7095 | CASH / SHIP | BESTWAY | |

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | | 1.00 | 0.00 | 663 W. BARRY | 45,350.0000 | 45,350.00 |
| | | | | | RTP ROPED TWIN JACK PASSENGER | | |
| | | | | | ORDER:     NHP677 | | |

| | Tax Codes | Tax Amount | | |
|---|---|---|---|---|
| | | | SUBTOTAL | 45,350.00 |
| | | | PREPAID | 0.00 |
| | | | FREIGHT | 1,170.00 |
| | | | MISC. CHARGES | 0.00 |
| | | | SALES TAX | 0.00 |
| | | | BALANCE DUE | 46,520.00 |



**MINNESOTA ELEVATOR, INC.**
10336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060 · Fax: (507) 245-3966

An EOE/AA Employer

# INVOICE

INVOICE NO: 90651
INVOICE DATE: 02/07/2006

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN 55486-1272

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO:  3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O 720 W. 47TH STREET |
| 6650 N NORTHWEST HWY  SUITE 10 | 720 W. 47TH ST. |
| CHICAGO, IL  60631 | CHICAGO, IL  60609 |
| USA | USA |

| CUSTOMER PO 7096 | TERMS CASH / SHIP | SHIP VIA BESTWAY | FREIGHT TERMS |
|---|---|---|---|

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0.00 | | 1.00 | 0.00 | 720 W. 47TH ST<br>BHP BOREHOLE PASSENGER<br>ORDER:        NHP678 | 29,198.0000 | 29,198.00 |

| Tax Codes | Tax Amount | | |
|---|---|---|---|
| | | SUBTOTAL | 29,198.00 |
| | | PREPAID | 0.00 |
| | | FREIGHT | 646.16 |
| | | MISC. CHARGES | 0.00 |
| | | SALES TAX | 0.00 |
| | | BALANCE DUE | 29,844.16 |

** REPRINT **

Page 1

# INVOICE

**MEI**
MINNESOTA ELEVATOR, INC.
19338 607th Ave.
Mankato, MN 56001
Ph (507) 245-3080  Fax: (507) 245-3966
An EOE/AA Employer

INVOICE NO:  93030
INVOICE DATE:  03/23/2006

Remit To:
Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN  55486-1272
**US DOLLARS ONLY**

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO:  3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | DBA BARNARD ELEVATOR COMPANY |
| 6650 N NORTHWEST HWY  STE 106 | 6650 N NORTHWEST HWY  SUITE 10 |
| CHICAGO, IL  60631 | CHICAGO, IL  60631 |
| USA | USA |

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 70981 | NET 30 | NEXT DAY | |

| PROJECT | CONTACT |
|---|---|
| C28 | BILL PLASTINA (773) 467-0600 |

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | 1.00 | 0.00 | PVC END CAP FOR JACK<br>PRODUCT SUPPORT<br>ORDER:      PE1-NHP706 | .0000 | .00 |
| 2 | 1.00 | EA | 1.00 | 0.00 | PVC END CAP  16" SCHEDULE 80<br><br>ORDER:      PE1-NHP706 | 250.0000 | 250.00 |

| Tax Codes | Tax Amount |
|---|---|

| | |
|---|---|
| SUBTOTAL | 250.00 |
| PREPAID | 0.00 |
| FREIGHT | 85.65 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 0.00 |
| BALANCE DUE | 335.65 |



# INVOICE

**MINNESOTA ELEVATOR, INC.**
10336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060  Fax: (507) 245-3956

An EOE/AA Employer

Finance charge of 1.5% per month will be charged on past due amounts.

INVOICE NO:  109579
INVOICE DATE:  01/02/2007

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN  55486-1272
**US DOLLARS ONLY**

| BILL TO:   3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O 4440 N. KEDZIE |
| 6650 N NORTHWEST HWY  STE 106 | |
| CHICAGO, IL  60631 | USA |
| USA | |

| CUSTOMER PO | TERMS | SHIP VIA | FREIGHT TERMS |
|---|---|---|---|
| 7104 | NET 30 | BESTWAY | |

| PROJECT | CONTACT |
|---|---|
| | BILL PLASTINA (773) 467-0800 |

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | 1.00 | 0.00 | 4440 N.KEDZIE-JOB CANCELLED 12/7/06 RSP ROPED SIDE SLUNG PASSENGER ORDER:      NHP790 | 900.0000 | 900.00 |

|  | Tax Codes | Tax Amount | | | |
|---|---|---|---|---|---|

| SUBTOTAL | 900.00 |
|---|---|
| PREPAID | 0.00 |
| FREIGHT | 0.00 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 0.00 |
| **BALANCE DUE** | **900.00** |

# MEI
**MINNESOTA ELEVATOR, INC.**
19336 607th Ave.
Mankato, MN 56001
Ph (507) 245-3060  Fax: (507) 245-3956

An EOE/AA Employer

# INVOICE

INVOICE NO: 119837
INVOICE DATE: 06/14/2007

Remit To:  Minnesota Elevator, Inc
SDS 12-1272
PO Box 86
Minneapolis MN 55486-1272
**US DOLLARS ONLY**

Finance charge of 1.5% per month will be charged on past due amounts.

| BILL TO:  3184 | SHIP |
|---|---|
| IMPERIAL ELEVATOR SERVICES INC | IMPERIAL ELEVATOR SERVICES INC |
| DBA BARNARD ELEVATOR COMPANY | C/O 4755 NORTH WASHTENAW |
| 6650 N NORTHWEST HWY  STE 106 | CHICAGO, IL |
| CHICAGO, IL  60631 | USA |
| USA | |

| CUSTOMER PO 7120 | TERMS CASH / SHIP | SHIP VIA BESTWAY | FREIGHT TERMS |
|---|---|---|---|
| **PROJECT** | | **CONTACT** BILL PLASTINA (773) 467-0600 | |

| LN | ORDRD | U/M | INV | BKORD | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | EA | 1.00 | 0.00 | 4755 N WASHTENAW JOB X-CEL 6/15/07 RSP ROPED SIDE SLUNG PASSENGER ORDER:  NHP1002 | 900.0000 | 900.00 |

| Tax Codes | Tax Amount | | |
|---|---|---|---|
| | | SUBTOTAL | 900.00 |
| | | PREPAID | 0.00 |
| | | FREIGHT | 0.00 |
| | | MISC. CHARGES | 0.00 |
| | | SALES TAX | 0.00 |
| | | **BALANCE DUE** | **900.00** |