**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Minnesota Elevator, Inc.<br><br>          Plaintiff,<br><br>vs.<br><br>Imperial Elevator Services, Inc. d/b/a<br>Barnard Elevator Company<br><br>          Defendant. | FILED: AUGUST 15, 2008<br>08CV4662<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE KEYS<br>Civil Action No. _____<br><br>TC |

**NOTIFICATION OF AFFILIATES**
**DISCLOSURE STATEMENT**

Plaintiff Minnesota Elevator, Inc. has no publicly-held affiliates.

Dated:  August 15, 2008
    /s/ Curtis D. Ripley
Elizabeth Wiet Reutter (Illinois Reg. No. 6244116)
Curtis D. Ripley (Illinois Reg. No. 6275773)
LEONARD, STREET AND DEINARD
   Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657

*Attorneys for Plaintiff Minnesota Elevator, Inc.*

5499600